UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :        Cr. No. 05-448 (FLW)

    vs.                              :

OMAR DAVIS                      :        <u>DETENTION ORDER</u>

       This matter having been opened to the Court on application of the United States Probation Office and Paul J. Fishman, United States Attorney for the District of New Jersey (Eric Moran, Assistant United States Attorney, appearing), in the presence of Andrea Bergman, Esq., Assistant Federal Public Defender, attorney for defendant Omar Davis, and defendant Omar Davis, for an order pursuant to Fed. R. Crim. P. 32.1(a)(6) and Title 18, United States Code, Section 3143(a)(1), to detain defendant pending a hearing on the July 16, 2014 petition for violation of supervised release in the above-captioned matter, the Court makes the following findings:

    1.   On July 16, 2014, a petition was filed in the District of New Jersey charging that defendant Davis violated the terms of his supervised (the "Petition"); namely, by committing state and local crimes concerning an alleged July 4, 2014 aggravated assault by shooting another individual, and an alleged July 13, 2014 terroristic threat toward another individual involving a handgun; and

2. On August 1, 2014, the Government moved before the Honorable Lois H. Goodman, pursuant to Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), for detention of defendant Davis pending the hearing on the Petition based on both risk of flight and danger to the community, and the Court having heard and considered the arguments of the parties made on the record on August 1, 2014; and for the reasons set forth on the record during the August 1, 2014 bail hearing, and for good cause shown,

IT IS, on this ___1st___ day of August, 2014,

ORDERED that the application for an order detaining defendant Davis without bail pending the hearing on the petition for violations of the terms of supervised release be and hereby is GRANTED; and it is further

ORDERED that, pursuant to Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), defendant Davis be committed to the custody of the Attorney General or his authorized representative pending the hearing on the petition for violation of supervised release; and it is further

ORDERED that defendant Davis be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED that defendant Davis be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Davis shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE LOIS H. GOODMAN
United States Magistrate Judge

- 3 -